IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10513
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TIMOTHY JAMES AYERS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:93-CR-113-1-T
- - - - - - - - - -

April 19, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Timothy James Ayers appeals from the revocation of his term
of supervised release for violating two supervised-release
conditions.  Ayers argues that his procedural due process rights
were violated because the district court revoked his term of
supervised release based solely on his counsel's statement that
Ayers intended to plead true to the allegations against him,
rather than obtaining a personal admission of guilt from Ayers.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Because Ayers failed to object to this alleged error, we review this issue for plain error.  Fed. R. Crim. P. 52(b).

Ayers has failed to show any error at all, let alone that the alleged error by the district court affected his substantial rights.  He cannot show plain error.  See United States v. Olano, 507 U.S. 725, 731-37 (1993).  Accordingly, the district court's judgment is AFFIRMED.